**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KONSTANTIN DIMITROV,**

    **Plaintiff,**

**v.**                                                   **Case No.  8:07-cv-475-T-30TGW**

**MICHAEL CHERTOFF, ROBERT**
**DIVINE, JACK BULGER, OFFICE OF**
**GENERAL COUNSEL, USDHS,**

    **Defendants.**
_____/

# ORDER OF DISMISSAL

Before the Court is the Defendants' Motion to Dismiss (Dkt. #8).  Upon review and

consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Defendants' Motion to Dismiss (Dkt. #8) is GRANTED.

    2.    This cause is dismissed.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on July 19, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-475.dismissal Konstantin.frm